Guadagno v Erie County Med. Ctr. Corp.
2026 NY Slip Op 04129
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

FRANCIS L. GUADAGNO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF FRANCIS J. GUADAGNO, DECEASED, PLAINTIFF-APPELLANT,
v
ERIE COUNTY MEDICAL CENTER CORPORATION, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS.

Decided on June 26, 2026
MOTION NO. (1017/25) CA 24-01453.
Present: Lindley, J.P., Curran, Ogden, Nowak, And Hannah, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for reargument denied.